

FILED
CLERK, U.S. DISTRICT COURT

10/06/20

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 2:20-cr-00451-DMG |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft] |
| KAMIRON BRADLEY,<br>  aka "Chill Gutta" and<br>    "Gutta,"<br>STEVEN AMOS,<br>  aka "Steveo,"<br>JOSEPH MCSWEANEY,<br>  aka "Fresco McSweaney" and<br>    "Frescodbflyg,"<br>ZADIANY GARCIA,<br>  aka "mamacita,"<br>    "mvmacitaaa," and<br>    "mvmacitaaaa69,"<br>AVIE HUGH JONES,<br>  aka "Amore Jones" and<br>    "Cooly Jones," and<br>CORNELL STEPHEN,<br>  aka "Choppa," | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

**A.   INTRODUCTORY ALLEGATIONS**

At times relevant to this Indictment:

1.   Bank of America, N.A. ("Bank of America"), JP Morgan Chase Bank, N.A. ("Chase Bank"), U.S. Bank, N.A. ("U.S. Bank"), and Wells Fargo Bank, N.A. ("Wells Fargo") were financial institutions insured by the Federal Deposit Insurance Corporation.

**B.   OBJECT OF THE CONSPIRACY**

2.   Beginning on a date unknown, but no later than on or about November 29, 2018, and continuing to at least on or about March 3, 2020, in Los Angeles, Orange, and San Bernardino Counties, within the Central District of California, and elsewhere, defendants KAMIRON BRADLEY, also known as ("aka") "Chill Gutta" and "Gutta," STEVEN AMOS, aka "Steveo," JOSEPH MCSWEANEY, aka "Fresco McSweaney" and "Frescodbflyg," ZADIANY GARCIA, aka "mamacita," "mvmacitaaa," and "mvmacitaaaa69," AVIE HUGH JONES, aka "Amore Jones" and "Cooly Jones," and CORNELL STEPHEN, aka "Choppa" (collectively referred to herein as "the defendants"), conspired with others known and unknown to the Grand Jury to knowingly and with intent to defraud, execute a scheme to defraud Bank of America, Chase Bank, U.S. Bank, Wells Fargo, and other financial institutions, as to material matters, in violation of Title 18, United States Code, Section 1344(1).

**C.   MANNER AND MEANS OF THE CONSPIRACY**

3.   The objects of the conspiracy were to be accomplished, in substance, as follows:

2

a.    Defendants BRADLEY, GARCIA, JONES, and STEPHEN, and other coconspirators would purchase nominal value postal money orders from the United States Postal Service in amounts ranging from approximately $2.35 to $3.59, as well as higher value money orders ranging from approximately $564.52 to $684.27.

b.    Defendant BRADLEY and other coconspirators would make photocopies of higher value money orders and then affix the amount reflected on the higher value money orders to nominal value money orders, thereby fraudulently increasing the value of the nominal value money orders.

c.    Defendants BRADLEY, AMOS, MCSWEANEY, GARCIA, and JONES, and other coconspirators would recruit individuals ("recruits") through social media and other means to provide access to their accounts at financial institutions so that fraudulently altered money orders could be deposited into the recruits' accounts.

d.    Defendant BRADLEY and other coconspirators would deposit fraudulently altered money orders into recruits' accounts.

e.    After the fraudulently altered money orders were deposited, defendants BRADLEY, AMOS, MCSWEANEY, GARCIA, JONES, and STEPHEN and other coconspirators would either withdraw money from the accounts or cause the recruits to withdraw money from the accounts and allocate portions of the withdrawn funds to the defendants.

D.    **OVERT ACTS**

4.    In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants BRADLEY, AMOS, MCSWEANEY, GARCIA, JONES, and STEPHEN, and others known and unknown to the Grand Jury, committed various overt acts in Los Angeles, Orange, and San Bernardino Counties, within the Central District of

3

California, and elsewhere, including, but not limited to, the following:

**T.J.'s Bank Account**

<u>Overt Act No. 1:</u>    On or about November 29, 2018, in response to a message from T.J., via Facebook, asking "Wat u do[?]", defendant JONES, via Facebook, sent a message to T.J. stating "Ok so basically we change numbers on money orders and drop em in wells, Chase wells and boa accounts at the atm and they clear over night and whoever's account it is has to walk in the bank the next morning to get the money that's all.  No check nothing that'll fuck your name up or nothin and you can do it up to 3 times depending on how long the account stays open.  It will close after though.  We drop $2700 we split it $1000 - $1000 -$700 me you and my plug If you bring someone you get paid $300 off of every persons $1000 and they get $700 And this a Monday through Friday juug [] easy dough[.]"

<u>Overt Act No. 2:</u>    On or about September 10, 2019, an unknown coconspirator deposited four money orders – 26040732300, 26040732311, 26040732322, and 26040732333 – each of which was fraudulently altered from a value of $3.25 to $683.54 and deposited into the U.S. Bank account of T.J.

**J.M.'s Bank Account**

<u>Overt Act No. 3:</u>    On May 22, 2019, defendant BRADLEY purchased money orders of a nominal value from the Bryant Station Post Office in Long Beach, California, including money order 25615408926, which was purchased for $2.35.

<u>Overt Act No. 4:</u>    On or about June 11, 2019, defendant BRADLEY deposited money order 25615408926, which was fraudulently altered

4

from a value of $2.35 to $684.27, into the Bank of America account of J.M.

Overt Act No. 5:    On or about June 11, 2019, defendant BRADLEY withdrew $300 from the Bank of America account of J.M.

Overt Act No. 6:    On or about June 11, 2019, defendant STEPHEN withdrew $700 from the Bank of America account of J.M.

**A.M.'s Bank Account**

Overt Act No. 7:    On or about June 6, 2019, defendant BRADLEY purchased money orders of a nominal value from the Downtown Long Beach Post Office in Long Beach, California, including money order 25965421997, which was purchased for $3.25.

Overt Act No. 8:    On or about June 6, 2019, defendant BRADLEY deposited money order 25965421997, which was fraudulently altered from a value of $3.25 to $681.77, into the Bank of America account of A.M.

Overt Act No. 9:    On or about June 6, 2019, defendant BRADLEY withdrew $300 from the Bank of America account of A.M.

Overt Act No. 10:    On or about June 10, 2019, defendant BRADLEY sent a text message to defendant AMOS stating "Aye send me that juug info so I can check it I deleted it out that other phone."

Overt Act No. 11:    On or about June 10, 2019, defendant AMOS sent a text message to defendant BRADLEY that included the name and address for A.M.

Overt Act No. 12:    On or about June 10, 2019, defendant BRADLEY deposited money order 25604548896, which was fraudulently altered from a value of $3.25 to $684.27, into the Bank of America account of A.M.

**G.V.'s Bank Account**

Overt Act No. 13:   On or about June 21, 2019, defendant STEPHEN purchased money orders of a nominal value from the East Long Beach Post Office in Long Beach, California, including money order 25913877028, which was purchased for $2.55.

Overt Act No. 14:   On or about June 21, 2019, defendant BRADLEY deposited money order 25913877028, which was fraudulently altered from a value of $2.55 to $564.52, into the Bank of America account of G.V.

Overt Act No. 15:   On or about June 21, 2019, defendant BRADLEY withdrew $700 from the Bank of America account of G.V.

**D.B.'s Bank Account**

Overt Act No. 16:   On or about July 11, 2019, defendant STEPHEN purchased money orders of a nominal value from the East Long Beach Post Office in Long Beach, California, including money order 26073106738, which was purchased for $3.25.

Overt Act No. 17:   On or about July 11, 2019, defendant MCSWEANEY texted defendant BRADLEY the last four digits of a social security number, personal identification number, address, and name of D.B.

Overt Act No. 18:   On or about July 12, 2019, defendant BRADLEY deposited money order 26073106738, which was fraudulently altered from a value of $3.25 to $568.55, into the Bank of America account of D.B.

**O.A.'s Bank Account**

Overt Act No. 19:   On or about July 18, 2019, defendant STEPHEN purchased money orders of a nominal value from the Downtown Long Beach Post Office in Long Beach, California, including money order

26079050643, which was purchased for $2.75.

Overt Act No. 20:   On or about July 23, 2019, defendant BRADLEY deposited money order 26079050643, which was fraudulently altered from a value of $2.75 to $572.43, into the Bank of America account of O.A.

Overt Act No. 21:   On or about July 24, 2019, defendant BRADLEY withdrew $700 from the Bank of America account of O.A.

**K.L.'s Bank Account**

Overt Act No. 22:   On or about September 12, 2019, defendant JONES purchased money orders of a nominal value from the Bolsa Post Office in Westminster, California, including money order 26023270094, which was purchased for $2.79.

Overt Act No. 23:   On or about September 13, 2019, defendant BRADLEY deposited money order 26023270094, which was fraudulently altered from a value of $2.79 to $682.57, into the Bank of America account of K.L.

Overt Act No. 24:   On or about September 18, 2019, defendant BRADLEY withdrew $700 from the Bank of America account of K.L.

**Confidential Informant's Bank Account**

Overt Act No. 25:   On or about September 17, 2019, defendant AMOS took a debit card from a confidential informant working on behalf of law enforcement (the "CI"), who was using a government-funded bank account, and agreed to meet him the following day.

Overt Act No. 26:   On or about September 17, 2019, defendant AMOS conducted a balance inquiry for the Bank of America account of the CI.

Overt Act No. 27:   On or about September 17, 2019, defendant Amos withdrew $180 from the CI's Bank of America account.

Overt Act No. 28:   On or about September 17, 2019, defendant BRADLEY deposited money order 25568727761, which was fraudulently altered from a value of $2.79 to $682.57, into the CI's Bank of America account.

Overt Act No. 29:   On or about September 18, 2019, defendant AMOS met with the CI and returned his debit card.

Overt Act No. 30:   On or about September 18, 2019, after the CI withdrew $2,700 from the CI's Bank of America account at the direction of defendant AMOS, defendant AMOS took the $2,700 and then gave the CI $450.

Overt Act No. 31:   On or about September 18, 2019, defendant AMOS took the CI's debit card and agreed to meet with him the next day.

Overt Act No. 32:   On or about September 18, 2019, after returning the CI's debit card, defendant AMOS met with defendants BRADLEY and JONES in a parking lot in Redondo Beach, California.

Overt Act No. 33:   On or about September 18, 2019, defendant JONES purchased money orders of a nominal value from the Del Amo Post Office in Torrance, California, including money order 26220827204, which was purchased for $2.89.

Overt Act No. 34:   On or about September 18, 2019, defendant BRADLEY deposited money order 26220827204, which was fraudulently altered from a value of $2.89 to $682.57, into the CI's Bank of America account.

Overt Act No. 35:   On or about September 19, 2019, defendant AMOS met with the CI and returned the CI's debit card.

Overt Act No. 36:   On or about September 19, 2019, after CI withdrew $300 from the CI's Bank of America account at the direction

8

of defendant AMOS, defendant AMOS took the $300 and the CI's debit card and agreed to meet with the CI later.

Overt Act No. 37:   On or about September 19, 2019, after taking $300 from the CI, defendant AMOS met with defendant BRADLEY in a parking lot in Long Beach, California.

Overt Act No. 38:   On or about September 19, 2019, defendant BRADLEY withdrew $400 from the CI's Bank of America account.

**W.C.'s Bank Account**

Overt Act No. 39:   On or about September 18, 2019, defendant JONES purchased money orders of a nominal value from the Del Amo Post Office in Torrance, California, including money order 26220827158, which was purchased for $3.25.

Overt Act No. 40:   On or about September 18, 2019, defendant BRADLEY deposited money order 26220827158, which was fraudulently altered from a value of $3.25 to $682.57, into the Bank of America account of W.C.

Overt Act No. 41:   On or about September 19, 2019, defendant MCSWEANEY, via Instagram, sent a message to W.C. stating "If they ask too many questions just walk out[.]"

Overt Act No. 42:   On or about September 19, 2019, defendant MCSWEANEY, via Instagram, sent a message to W.C. stating "Just be regular when you talk to the teller[.]"

Overt Act No. 43:   On or about September 19, 2019, defendant BRADLEY withdrew $300 from the Bank of America account of W.C.

Overt Act No. 44:   On or about September 19, 2019, defendant MCSWEANEY, via Instagram, sent a message to W.C. stating "Bro took your 300 out , he said cash app me $25 to $frescodbflyg .. he left the change on there so it won't raise no suspicions."

**A.S.'s Bank Account**

Overt Act No. 45:   On or about September 18, 2019, defendant JONES purchased money orders of a nominal value from the Del Amo Post Office in Torrance, California, including money order 26220827114, which was purchased for $3.25.

Overt Act No. 46:   On or about September 18, 2019, defendant BRADLEY deposited money order 26220827114, which was fraudulently altered from a value of $3.25 to $682.57, into the Bank of America account of A.S.

Overt Act No. 47:   On or about September 27, 2019, defendant BRADLEY withdrew $700 from the Bank of America account of A.S.

**J.D.'s Bank Account**

Overt Act No. 48:   On or about October 10, 2019, defendant GARCIA purchased money orders of a nominal value from the U.S. Post Office located at 9151 Atlanta Avenue in Huntington Beach, California, including money orders 26167826913, 26167826935, 26167826924, and 26167826902, each of which was purchased for $3.59.

Overt Act No. 49:   On or about October 11, 2019, an unknown coconspirator deposited money orders 26167826913, 26167826935, 26167826924, and 26167826902, each of which was fraudulently altered from a value of $3.59 to $681.27, into the Bank of America account of J.D.

**W.A.'s Bank Account**

Overt Act No. 50:   On or about August 22, 2019, defendant MCSWEANEY, via Facebook, sent a message to W.A. stating, "Bro I'm just seeing this , we could been making bread all this week lol we still got tmrw Thrusday n Friday … All my plays next day 27-2800 ..

10

My plug wants 13 n we split the rest .. We can bus up to 3 times so add that up .. Money orders no checks[.]"

Overt Act No. 51:   On or about October 10, 2019, defendant GARCIA purchased money orders of a nominal value from the U.S. Post Office located at 1590 Adams Avenue in Costa Mesa, California, including money order 26173703924, which was purchased for $3.59.

Overt Act No. 52:   On or about October 15, 2019, an unknown coconspirator deposited money order 26173703924, which was fraudulently altered from a value of $3.59 to $681.27, into the U.S. Bank account of W.A.

**The Use of Social Media to Recruit Account Owners and Further the Fraudulent Scheme**

Overt Act No. 53:   On or about February 25, 2019, via Instagram, defendant MCSWEANEY sent messages to defendant BRADLEY stating "Brother ! I got a bofa[,]" "It's still bussin or what?[,]" and "What time would you need it by tho[.]"

Overt Act No. 54:   On or about February 25, 2019, via Instagram, defendant BRADLEY sent messages to defendant MCSWEANEY stating "Yea that's the only thing goin hit they WACKIN boy" and "We can eat for a couple days to a week off one[.]"

Overt Act No. 55:   On or about April 26, 2019, defendant JONES, via Facebook, sent messages to L.B.H. stating "You tryna make some money[,]" "You got a open bank account or willing to open one[,]" "If you do I'll give your card to my plug we just need a lil of ur info we put money orders in ur account and we take u to pick the money up at the bank in the morning giving u ur card back[,]" "And we can do that till up to like four days but they will close the account[,]" "But you get a 1000 each time[.]"

11

1    <u>Overt Act No. 56:</u>   On or about May 31, 2019, defendant BRADLEY,

2  via Instagram, sent a message to "infantwest" stating "Bro just find

3  me some ppl wit boa accounts and ima get you paid bro[.]"

4    <u>Overt Act No. 57:</u>   On or about June 19, 2019, defendant

5  BRADLEY, via Instagram, sent a message to defendant MCSWEANEY stating

6  "Bro do not hit me on social media about business just wait for me to

7  hit you back this shit is the police."

8    <u>Overt Act No. 58:</u>   On or about July 10, 2019, defendant

9  MCSWEANEY, via Instagram, sent messages to "wayneeeeee_" stating "Me

10  n my boy be bussin money orders they clear next day[,]" "Or I do the

11  Venmo with it[,]" "2800 every time[,]" "My plug get 12 and we split

12  the rest[,]" and "We do it at least twice[.]"

13    <u>Overt Act No. 59:</u>   On or about July 10, 2019, defendant

14  MCSWEANEY, via Instagram, sent messages to P.H. stating "Wells

15  haven't been bussin lately that's why I was waiting to hit you up

16  about it[,]" "But I do money orders , they clear next day .. I pay

17  you 700$ each time it clear[,]" "We can do it up to 3 times[,]" and

18  "It will fucc yo shit up but I'll make sure you sign up for another

19  bank n have a regular checking account before it happens[.]"

20    <u>Overt Act No. 60:</u>   On or about August 27, 2019, defendant

21  JONES, via Facebook, sent messages to J.S.P. stating "I do the bank

22  shit[,]" "No checks tho z[,]" "Boa us bank or any credit union[,]" "U

23  get a 1000 to 1200 each time[,]" "U can do it up to like four times

24  before they close it[,]" "U get paid next day in the morning[,]"

25  "Just gotta bring me ur card[,]" "And I fuck with money orders[.]"

26    <u>Overt Act No. 61:</u>   On or about October 27, 2019, defendant

27  GARCIA, via Instagram, posted a message stating "Let's get some money

28  this week hit me if Yu trynna make 500- 1000 this week[]n stop playin

! It's free money[.]"

 <u>Overt Act No. 62:</u> On or about November 12, 2019, defendant GARCIA, via Instagram, posted a message stating "1.us bank[,]" "2.Boa[,]" "3. Wellz fargo[,]" "TAP IN [] DM ME $500-$1500[.]"

 <u>Overt Act No. 63:</u> On or about December 10, 2019, defendant GARCIA, via Instagram, posted a video along with a message stating "Stop that broke scared shit and HMU SO I CAN BLESS YU WITH THIS 1k real quick .... BOA , Wells ,Us bank."

 <u>Overt Act No. 64:</u> On or about December 20, 2019, defendant GARCIA, via Instagram, posted a video of a young woman with her hands full of money along with a post stating "Like I've said no scamming Yu ! Yu get paid for free ain't that some shit and y'all don't seem to take advantage of it sometimes[.]  HMU tho MONEY GREEN OVER HERE HMU[.]"

COUNT TWO

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANT AMOS]

On or about June 10, 2019, in San Bernardino County, within the Central District of California, defendant STEVEN AMOS, aka "Steveo," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, means of identification that defendant AMOS knew belonged to another person, namely, the name and card number of A.M., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony in violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT THREE

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANT STEPHEN]

On or about June 11, 2019, in Los Angeles County, within the Central District of California, defendant CORNELL STEPHEN, aka "Choppa," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, means of identification that defendant STEPHEN knew belonged to another person, namely, the name and card number of J.M., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony in violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT FOUR

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANTS MCSWEANEY AND JONES]

On or about September 19, 2019, in Orange County, within the Central District of California, defendants JOSEPH MCSWEANEY, aka "Fresco McSweaney" and "Frescodbflyg," and AVIE HUGH JONES, aka "Amore Jones" and "Cooly Jones," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, means of identification that defendants knew belonged to another person, namely, the name and card number of W.C., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony in violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT FIVE

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANT BRADLEY]

On or about September 27, 2019, in Los Angeles County, within the Central District of California, defendant KAMIRON BRADLEY, aka "Chill Gutta" and "Gutta," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, means of identification that defendant Bradley knew belonged to another person, namely, the name and card number of A.S., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a felony in violation of Title 18, United States Code, Section 1349, as charged in Count One of this Indictment.

COUNT SIX

[18 U.S.C. §§ 1028A(a)(1), 2(a)]

[DEFENDANT GARCIA]

On or about October 11, 2019, in Orange County, within the Central District of California, defendant ZADIANY GARCIA, aka "mamacita," "mvmacitaaa," and "mvmacitaaaa69," together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly possessed and used, without lawful authority, means of identification that defendant GARCIA knew belonged to another person, namely, the name and card number of J.D., during and in relation to the offense of Conspiracy to Commit Bank Fraud, a

//

//

//

//

felony in violation of Title 18, United States Code, Section 1349, as
charged in Count One of this Indictment.


                                          A TRUE BILL


                                            /S/
                                      _____
                                          Foreperson


NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

ALLISON L. WESTFAHL KONG
Assistant United States Attorney
Chief, General Crimes Section

BILLY JOE MCLAIN
Assistant United States Attorney
Violent and Organized Crime
Section

19